UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JERITON LAVAR CURRY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se Motion to Dismiss Indictment. Defendant is represented by counsel and, in accordance with the Local Criminal Rules of this court, the motion will be summarily denied. Having considered defendant's pro se motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to Dismiss Indictment (#154), which contains two motions, is DENIED.

Signed: September 2, 2016

Max O. Cogburn Jr.
United States District Judge