UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JERITON LAVAR CURRY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's pro se Motion to Dismiss Indictment and Motion to Dismiss Counsel. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to Dismiss Indictment (#158) is summarily denied without prejudice as defendant is presently represented by counsel; defendant's Motion to Dismiss Counsel (#158) is REFERRED to the magistrate judge for resolution.

Signed: September 13, 2016

Max O. Cogburn Jr.
United States District Judge