UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JERITON LAVAR CURRY,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's pro se Motion for Plea Withdraw[al] and Motion to Challenge Grand Jury. Having considered defendant's motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Plea Withdraw[al] (#195) and Motion to Challenge Grand Jury (#196) are DENIED without prejudice as defendant is represented by counsel. See L.Cr.R. 47.1(H).

Defendant is advised to consult with his attorney, who may make motions on defendant's behalf.

Signed: December 5, 2016



Max O. Cogburn Jr
United States District Judge