UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JERITON LAVAR CURRY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the defendant's *pro se* Motion to Reconsider and Motion for Extension to Submit Medical Inquiry (#224). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion to Reconsider and Motion for Extension to Submit Medical Inquiry (#224) is summarily **DENIED**, without prejudice, as defendant is presently represented by counsel.

Signed: April 12, 2017

Max O. Cogburn Jr.
United States District Judge