UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>)<br>v. )<br>)<br>**JERITON LAVAR CURRY,** )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the court on defendant's "Motion to Reconsider and Motion for Extension to Submit Medical Inquiry" (#236). The Motion was addressed at a hearing on April 24, 2017. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's "Motion to Reconsider and Motion for Extension to Submit Medical Inquiry" (#236) is **GRANTED**, only to the extent that it requests additional time to submit medical information about defendant's mental status at the time of the Rule 11 hearing. Counsel is instructed to file, within fourteen (14) days, an updated status report about the retention of a psychiatric expert and, if applicable, preliminary opinions of that expert.

**IT IS FURTHER ORDERED** that the sentencing hearing in this matter is continued on the court's own Motion to the next appropriate term to allow time for this

medical inquiry.

Signed: April 27, 2017

Max O. Cogburn Jr
United States District Judge