UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JERITON LAVAR CURRY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's *pro se* Motion to File § 1983 Civil Suit and Due Process Claim (#243). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

As defendant is currently represented by counsel, this *pro se* Motion (#243) with regard to the criminal case captioned above must be denied pursuant to Local Criminal Rule 47.1(H). This dismissal does not extend to the potential filing of a civil suit under Section 1983 or any related cause of action based on the allegations contained within the Motion (#243). The defendant and defense counsel are encouraged to review the *ex parte* Order in this matter (#242), specifically the portion of that Order regarding medical treatment while the defendant is being held in Mecklenburg County jail.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion to File § 1983 Civil Suit and Due Process Claim (#243) is **DENIED, without prejudice**, pursuant to

Local Criminal Rule 47.1(H) as the defendant is presently represented by counsel.

**IT IS FURTHER ORDERED** that the Motion (#243) be **SEALED** from the public docket until further order of this court as it contains the defendant's medical information.

Signed: May 23, 2017

Max O. Cogburn Jr
United States District Judge