UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00074-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **JERITON LAVAR CURRY,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's *pro se* Motion (#251). Having considered defendant's motions and reviewed the pleadings, the court enters the following Order.

The court takes notice of defendant Curry's repeated *pro se* Motions filed while he is represented by counsel, which have been denied without prejudice pursuant to L.Cr.R. 47.1(H). Counsel is strongly advised to inform the defendant about the proper filing of documents, and the Fifth Amendment hazards of making such filings. Defendant is advised to consult with his attorney, who may make Motions on defendant's behalf and protect his Fifth Amendment privilege.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion (#251) is **DENIED** without prejudice as defendant is represented by counsel. See L.Cr.R. 47.1(H).

Signed: June 26, 2017

Max O. Cogburn Jr.
United States District Judge