**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cr-74-MOC**

| | | |
|---|---|---|
| **JERITON LAVAR CURRY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on Petitioner's *pro se* Motion for BOP Recommendation, (Doc. No. 358), in which he complains about the conditions of his incarceration at FCI Williamsburg in Salters, South Carolina, and he alleges mistreatment by guards and administration at the prison.

      To the extent that Petitioner is complaining about conditions of confinement, he must file a petition, under 28 U.S.C. § 2241, in the district court where he is incarcerated, which is the District of South Carolina. Therefore, Petitioner's motion will be **DISMISSED** without prejudice to file an action in the District of South Carolina.

Signed: May 11, 2021

Max O. Cogburn Jr.
United States District Judge