UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. DNCW3:16CR74-002 |
| vs. | ) | |
| | ) | (Financial Litigation Unit) |
| | ) | |
| JERITON LAVAR CURRY, | ) | |
| Defendant. | ) | |

**ORDER TO AUTHORIZE PAYMENT**
**FROM INMATE TRUST ACCOUNT**

THIS MATTER IS BEFORE THE COURT on the Government's Motion to Authorize Payment from Inmate Trust Account (Doc. No. 375). The Defendant responded to the Government's motion on September 27, 2021 (Doc. No. 379), and the Government replied on October 5, 2021 (Doc. No. 381). For the reasons stated in the United States' motion and reply and for good cause shown, it is ORDERED that the Motion is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1.      The Bureau of Prisons is authorized to turn over funds in the amount of $1,837.39 to the Office of the United States District Court, Clerk of Court for the Western District of North Carolina located at 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court shall accept said funds currently held in the trust account for the following inmate:

Jeriton Lavar Curry
Register Number:  32815-058

2.      The Clerk shall apply these funds as payment for the criminal monetary penalties owed by the Defendant in this case.

Signed: October 22, 2021

United States District Judge