UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-74-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JERITON LAVAR CURRY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Reduce Sentence Pursuant to Step Act of 2018, (Doc. No. 393) and on defendant's pro se Motion to Modify Sentence, (Doc. No. 394).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motions.

Signed: December 21, 2021

Max O. Cogburn Jr
United States District Judge