UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-74-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JERITON LAVAR CURRY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Status Update and Oral Argument, (Doc. No. 449).

The Court will construe Defendant's motion as a motion for reconsideration of the Court's Order granting the Government's motion to authorize payment from Defendant's trust account on October 25, 2021. (Doc. No. 383).

Defendant's Motion for Reconsideration, (Doc. No. 449), is **DENIED**, as the Court made no error in granting the Government's motion to authorize payment from Defendant's trust account.

Signed: July 26, 2022



Max O. Cogburn Jr.
United States District Judge

1