UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-74-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **JERITON LAVAR CURRY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion following remand by the Fourth Circuit Court of Appeals following this Court's denial of Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. See (Doc. No. 421, 441). Furthermore, since the remand order was issued, Defendant filed a pending Motion to Appoint Counsel. (Doc. No. 468). In the remand order, the Fourth Circuit directed this Court to consider arguments made in support of Defendant's motion for compassionate release, including the Bureau of Prison's handling of the COVID-19 pandemic at his facility, his elderly grandmother's deteriorating health, and increasing violence at his prison facility. (Doc. No. 465).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response brief, addressing all of the arguments made by Defendant in support of his motion for compassionate release, filed as Doc. No. 421.

Signed: October 20, 2023

United States District Judge