UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-74-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JERITON LAVAR CURRY,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Curry's pro se motion for reconsideration (Doc. No. 494) of this Court's denial (Doc. No. 488) of Defendant's motion for compassionate release (Doc. No. 421).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: March 19, 2024

Max O. Cogburn Jr
United States District Judge