**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cr-74-MOC-DSC**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JERITON LAVAR CURRY,** | ) | |
| | ) | |
| Defendant. | ) | |

_____

  **THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration (Doc. No. 494) of this Court's Order (Doc. No. 488) denying his Motion for Compassionate Release/Reduction of Sentence. The Government has filed a response in opposition to the motion. (Doc. No. 508).

  The Motion for Reconsideration is **DENIED**. The Court thoroughly addressed Defendant's arguments in support of the motion and found that Defendant has not shown extraordinary and compelling reasons warranting compassionate release. Defendant has offered nothing in his motion for reconsideration warranting the Court's reversal on its decision.

  **IT IS SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge